# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| U.S. Bank Trust, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-CH-19109 |
| Bogdan Obniski, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case came before the Court pursuant to a Motion by Third-Party Defendant Great American E&S Insurance Company to Sever Counterclaims and Third-Party Complaint for transfer to the Law Division.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Chief Deputy Clerk of the Chancery Division, or her designee, shall create a new 2016 Chancery Division file with the heading *Bogdan Obniski and Krystyna Obniski v. Bank of New York Mellon Trust Company, N.A., Roundpoint Mortgage Servicing Corporation, and Great American E&S Insurance Company*, and shall assign the case a new case number. Plaintiffs Bogdan Obniski and Krystyna Obniski shall pay the appropriate filing fee.

2. Counsel for the Plaintiff in the new case shall be listed as Arthur C. Czaja. Counsel for Defendant Bank of New York Mellon Trust Company, N.A., and for Roundpoint Mortgage Servicing Corporation, shall be listed as Locke Lord LLP. Counsel for Defendant Great American E&S Insurance Company shall be listed as Hinshaw & Culbertson LLP.

3. For the purposes of compliance with General Order 3.1.2(b), the Chief Deputy Clerk of the Chancery Division or her designee, shall designate the category for this case as "General Chancery" and shall randomly assign the case.

4. Counsel shall provide the Clerk with copies of any documents previously filed in this case that counsel wishes to become part of the new file and the Clerk shall place copies of such documents in the newly created court file.

5. Bogdan Obniski and Krystyna Obniski are granted leave to file an Amended Complaint in the newly-created file, and the Clerk of the Circuit Court shall accept the Amended Complaint as part of the record thereof.

6. The portion of the case that has been severed is hereby transferred to Judge James P. Flannery for further assignment within the Law Division.

7. The portion of the case that has not been severed is hereby returned to Judge Brennan (Calendar 62).

August 18, 2016

ENTERED: AUG 18 2016
JUDGE MOSHE JACOBIUS-1556
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge Moshe Jacobius    No. 1556