**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOGDAN OBNISKI AND KRYSTYNA OBNISKI, | ) ) ) | Case No. 1:16-cv-08966 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | ON REMOVAL FROM THE CIRCUIT COURT OF COOK COUNTY |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A.; ROUNDPOINT MORTGAGE SERVICING CORPORATION; AND GREAT AMERICAN E & S INSURANCE COMPANY, | ) ) ) ) | Cook Cty. Case #:2016-CH-12397 |
| Defendants | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

**PLEASE TAKE NOTICE** that Plaintiffs, BOGDAN OBNISKI and KRYSTYNA

OBNISKI ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily

dismiss all claims in this action *without prejudice* as to all Defendants.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**
  **(1) By the Plaintiff.**
    **(A)** *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
      **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary

judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of

the Court.

1

Dated: October 13, 2016            BOGDAN OBNISKI
                                                KRYSTYNA OBNISKI


                             By: _____ /s/ Arthur C. Czaja _____ .
                                     Attorney for Plaintiffs


Arthur C. Czaja
Law Offices of Arthur C. Czaja
Attorney for Plaintiff
7521 N. Milwaukee Ave.
Niles, Illinois 60714
Telephone: (847) 647-2106
Facsimile: (847) 647-2057
ARDC # 6291494

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 13, 2016 the foregoing document was e-filed through the Court's CM/ECF system which will cause a copy of the document to be delivered electronically to counsel of record and also emailed a copy to counsel identified below.

**James H. Kallianis, Jr.**
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 Phone
(312) 704-3001 Fax
jkallianis@hinshawlaw.com
*Attorney for Great American E&S*
*Insurance Corporation*

**Simon Fleischmann**
**David Standa**
**Simon M. Feng**
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 443-1866
sfleischmann@lockelord.com
dstanda@lockelord.com
simon.feng@lockelord.com
*Attorneys for Roundpoint Mortgage Servicing*
*Corporation and Bank of New York*
*Mellon Trust Company, N.A.*

/s/ Arthur C. Czaja .